POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Scott R. Commerson (SBN227460); Sean M. Sullivan (SBN227460);<br>Katelyn A. Feliciano (SBN350385); L. Danielle Toaltoan (NYB5074315)<br><br>DAVIS WRIGHT TREMAINE LLP<br>350 South Grand Avenue, 27th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 633-6800     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):*  Plaintiffs | |

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

STREET ADDRESS:  255 E. Temple Street
MAILING ADDRESS:

CITY AND ZIP CODE:  Los Angeles, CA 90012
BRANCH NAME:  CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS<br>LLC d/b/a outerlimitsiptv.com and outerlimitshosting.net | 2:25-cv-01841 |
| **PROOF OF SERVICE OF SUMMONS & COMPLAINT** | Ref. No. or File No.: |

1.  At the time of service, I was at least 18 years of age and not a party to this action.

2.  I served copies of:

    a.  ☒  Summons

    b.  ☒  Complaint and Exhibit A

    c.  ☒  Civil Cover Sheet with attachment

    d.  ☒  Notice of Assignment to US Magistrate Judge

    e.  ☒  Other *(specify documents):* Form AO 121(Copyright Report with Ex. A); Corporate Disclosure Statement and Notice of
        Interested Parties; Notice of Appearance (Sean Sullivan); Notice of Appearance (Katelyn Feliciano)

3.  a.  Party served *(specify name of party as shown on documents served):* ILOCKSPORTS LLC

    b.  ☒  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person
        under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
        LEGALZOOM.COM, INC./ Agent for Service of Process, Angie R./ Authorized to accept service of process

4.  **Address where the party was served:** 5OO N. BRAND BLVD., STE. 890, GLENDALE CA 91203

5.  I served the party (check the proper box)

    a.  ☒  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party (1) on *(date):* 03/10/2025        (2) at *(time):* 12:00 p.m.

    b.  ☐  **by substituted service.** On *(date):*              at *(time):*              I left the documents listed in item 2 with or
        in the presence of *(name and title or relationship to person indicated in item 3):*

        (1)  ☐  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business
            of the person to be served. I informed him or her of the general nature of the papers.

        (2)  ☐  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual
            place of abode of the party. I informed him or her of the general nature of the papers.

        (3)  ☐  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
            address of the person to be served, other than a United States Postal Service post office box. I informed
            him or her of the general nature of the papers.

        (4)  ☐  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served
            at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on:
            *(date):*        from *(city):*              or ☐ a declaration of mailing is attached.

        (5)  ☐  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS &<br>COMPLAINT** | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc<br>www.FormsWorkflow.com |
|---|---|---|

| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR; ILOCKSPORTS LLC d/b/a outerlimitsiptv.com and outerlimitshosting.net | 2:25-cv-01841 |

5.   c.   ☐   **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date):*            (2) from *(city):*

     (3) ☐   with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

     (4) ☐   to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. ☐   **by other means** *(specify means of service and authorizing code section):*

     ☐   Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a.   ☐   as an individual defendant.
   b.   ☐   as the person sued under the fictitious name of *(specify):*
   c.   ☐   as occupant.
   d.   ☒ On behalf of *(specify):* ILOCKSPORTS LLC
       under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐   416.10 (corporation) | ☐   415.95 (business organization, form unknown) |
| ☐   416.20 (defunct corporation) | ☐   416.60 (minor) |
| ☐   416.30 (joint stock company/association) | ☐   416.70 (ward or conservatee) |
| ☐   416.40 (association or partnership) | ☐   416.90 (authorized person) |
| ☐   416.50 (public entity) | ☐   415.46 (occupant) |
| | ☒   other: LLC |

7. **Person who served papers**
   a.   Name: Gonzalo Ponce
   b.   Address: 316 W. 2nd Street, Suite 110, Los Angeles, CA 90012
   c.   Telephone number: (213) 922-9400
   d.   **The fee** for service was: $
   e.   I am:

     (1) ☐   not a registered California process server.
     (2) ☐   exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒   a registered California process server:
       (i)   ☐ owner   ☒ employee   ☐   independent contractor.
       (ii)   Registration No. 2018065827
       (iii)   County: Los Angeles

8. ☒   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     or

9. ☐   I am a California sheriff or marshal, and I certify that the foregoing is true and correct.

Date: March 10, 2025

| Gonzalo Ponce | |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (SIGNATURE) |

| | | |
|---|---|---|
| POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS & COMPLAINT** | Page 2 of 2 |

American LegalNet, Inc.
www.FormsWorkflow.com