## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AMAZON CONTENT SERVICES LLC, et al.

PLAINTIFF(S),

v.

ZACHARY ADAM–LAYNE DEBARR, et al.

DEFENDANT(S).

CASE NUMBER:

2:25–cv–01841

### NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT

To:  All Counsel Appearing of Record

Due to clerical error, this case was improperly assigned to the ___ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the ___ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the _ Eastern _ Division.

This case has been reassigned to case number _ 5:25–cv–00685 JLS (DTBx) _ and has been assigned to _ Judge Josephine L. Staton _ for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _ Magistrate Judge David T. Bristow _ for:

X  any discovery and/or post-judgment matters that may be referred.

for all proceedings in accordance with General Order 05-07.

All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: _ 5:25–cv–00685 JLS (DTBx) _. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**Please be advised that no further filings may be made under case number _ 2:25–cv–01841 _. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: _ /s/ Jeannine Tillman _
_ jeannine_tillman@cacd.uscourts.gov _
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G–73 (06/23)     NOTICE OF INTRA–DISTRICT TRANSFER BY CLERK OF COURT