POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Scott R. Commerson (SBN227460) Sean M. Sullivan (SBN 229104)<br>Katelyn A. Feliciano (SBN 350385); L. Danielle Toaltoan (NY B5074315)<br>Davis Wright Tremaine LLP<br>350 South Grand Ave., 27th Floor, Los Angeles, CA 90071<br>TELEPHONE NO.: 213-633-6800   FAX NO. *(Optional)*: 213-633-6899<br>E-MAIL ADDRESS *(Optional)*: scottcommerson@dwt.com; seansullivan@dwt.com<br>ATTORNEY FOR *(Name)*: AMAZON CONTENT SERVICES  LLC, et al. | |

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

STREET ADDRESS:  3470 Twelfth Street
MAILING ADDRESS:
CITY AND ZIP CODE:  Riverside, CA 92501
BRANCH NAME:  CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al. | CASE NUMBER:<br>2:25-cv-01841 |
|---|---|
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR, et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. ☒ Complaint and Exhibit A
   b. ☒ Civil Cover Sheet with Attachment
   c. ☒ Form AO 121 (Copyright Report with Ex. A)
   d. ☒ Corporate Disclosure Statement  and Notice of Interested Parties
   e. ☒ Notice of Appearance (Sean Sullivan)
   f. ☒ other *(specify documents)*: Notice of Appearance (Katelyn Feliciano); Corporate Disclosure Statement and Notice of Interested Parties; Notice of Assignment to US Magistrate Judge; Issued Summons (DeBarr)

3. a. Party served *(specify name of party as shown on documents served)*: ZACHARY ADAM-LAYNE DEBARR

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 25741 Washington Avenue, Murrieta CA 92562

5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 03/08/2025   (2) at *(time)*: 11:19 AM
   b. ☐ **by substituted service.** On *(date)*:              at *(time)*:              I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:              from *(city)*:              **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF/PETITIONER: AMAZON CONTENT SERVICES LLC, et al. | CASE NUMBER:<br>2:25-cv-01841 |
|---|---|
| DEFENDANT/RESPONDENT: ZACHARY ADAM-LAYNE DEBARR, et al. | |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                          (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                             ☐ other:

7.  **Person who served papers**
   a. Name: John Fernandez
   b. Address: 556 S. Fair Oaks Avenue # 305, Pasadena CA 91105
   c. Telephone number: (323) 547-6280
   d. **The fee** for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☒ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: March 12, 2025

John Fernandez                                                        ► 
_____                    _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                        (SIGNATURE)

POS-010 [Rev. January 1, 2007]          **PROOF OF SERVICE OF SUMMONS**          Page 2 of 2